IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MARTHA D. VALADEZ,**

      Plaintiff,

vs.                                                                                                      No. CIV 08-977 JAP/RHS

**MICHAEL J. ASTRUE,**
**Commissioner of the**
**Social Security Administration,**

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on the Magistrate Judge's Findings and Recommended Disposition ("FRD"), filed November 17, 2009 **[Doc. No. 23]**. No objections to the FRD have been filed. The Court, having reviewed the same, will adopt the Magistrate Judge's findings and grant Plaintiff's motion to reverse and remand **[Doc. No. 18]**.

    **WHEREFORE**,

    **IT IS ORDERED** that the findings of the United States Magistrate Judge are adopted by the Court.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse and Remand for a Rehearing, with supporting Memorandum **[Doc. No. 18]** is **granted**; the ALJ's decision is **reversed** and this cause is **remanded** for an immediate award of benefits for the pertinent time frame.

                                                          */s/ James A. Parker*
                                                          UNITED STATES DISTRICT JUDGE